

# Fourth Court of Appeals
## San Antonio, Texas

September 9, 2015

No. 04-15-00521-CV

**ESTATE OF REBECCA QUIRIN MARSHALL**, Deceased

From the Probate Court No. 1, Bexar County, Texas
Trial Court No. 2014-PC-3055
Honorable Kelly Cross, Judge Presiding

### ORDER

In accordance with this court's opinion of this date, the petitioner's request for permission to appeal an otherwise non-appealable order is DENIED, and this cause is remanded to the trial court. Costs of court for this petition for permissive appeal are taxed against petitioner Rebecca Genevieve Hanna, as Independent Executrix of the Estate of Rebecca Quirin Marshall, Deceased.

It is so **ORDERED** on September 9, 2015.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 9th day of September, 2015.

_____
Keith E. Hottle, Clerk